IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHNNY KELLY,

     Appellant,

v.

FOREST RIVER, INC.,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4081

Opinion filed January 19, 2017.

An appeal from an order of the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

Michele F. Martin of Pastore & Dailey LLC, Gainesville, for Appellant.

Gregory A. Anderson and Henry P. Romeu of AndersonGlenn LLP, Ponte Vedra
Beach, for Appellee.

PER CURIAM.

     The Court has determined that the order on appeal is not "one that disposes of a

separate and distinct cause of action that is not interdependent with other pleaded

claims." Fla. R. App. P. 9.110(k). Therefore, the order does not constitute a partial

final judgment subject to immediate review pursuant to Florida Rule of Appellate Procedure 9.110(k).  Accordingly, appellee's motion to dismiss is granted, and the appeal is dismissed as premature.

WETHERELL, JAY, and WINSOR, JJ., CONCUR.